UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATENT HOLDING COMPANY,

    Plaintiff,

v.

                                                                                            Case No. 99-76013
                                                                           Hon: AVERN COHN

DELPHI AUTOMOTIVE SYSTEMS CORP.,

    Defendant.
_____/

## **ORDER**

        On August 25, 2005, the Court entered a Pretrial and Scheduling Order relating to discovery leading to a trial on liability and restated that the issues of wilfulness and damages are bifurcated.  Plaintiff asks for clarification of the order relating to the production of opinions of counsel by defendant.  While it is the Court's intention to stay discovery relating to wilfulness and damages until liability is adjudicated, no harm can come from requiring the production of opinions of counsel at this time.  Accordingly, defendant shall produce to plaintiff all documents reflecting any opinions of counsel.

        SO ORDERED.

Dated:  September 9, 2005

                                              s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, September 9, 2005, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5160